**Order entered April 30, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-01178-CR

## GEORGE GUO, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F19-00090-M**

### ORDER

Before the Court is appellant's April 28, 2020 motion to withdraw and substitute counsel. We **GRANT** the motion. We **DIRECT** the Clerk to remove Gary Udashen and Brett Ordiway and to list Allison Clayton as retained counsel for appellant. All future correspondence shall be sent to Allison Clayton, P.O. Box 64752, Lubbock, Texas 79464.

Appellant's brief is due June 1, 2020.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court, to Gary Udashen and Brett Ordiway, and to counsel for all parties.

/s/     BILL PEDERSEN, III
JUSTICE